**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 30, 2024.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-24-00353-CV**

**IN RE THE ESTATE OF VIRGINIA HUTCHINGS, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2017-12**

## MEMORANDUM OPINION

On Monday, May 20, 2024, relator Randall Patterson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Eric Berg, presiding judge of the County Court at Law of Washington County, to vacate

his December 14, 2023 order and his May 7, 2024 order directing relator to deposit estate funds into the registry of the trial court.

Relator has not established that he is entitled to mandamus relief. *See* Tex. R. App. P. 52.3(a) ("The petition must, under appropriate headings and in the order here indicated, contain the following. . . a complete list of all parties."); Tex. R. App. P. 52.7(a)(2) ("Relator must file with the petition. . . a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained.") We deny relator's petition for a writ of mandamus without prejudice.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.